# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOLENE HARTJE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5486KLS

☐    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The ALJ's decision is REVERSED, and this matter hereby is REMANDED to the Commissioner for further administrative proceedings.


   August 13, 2010                                                 BRUCE RIFKIN
Date                                                              Clerk

                                                                 *s/CM Gonzalez*
                                                                  Deputy Clerk